U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 195**

| | |
|---|---|
| In the Matter of | Case Number: |
| GERALD ADELMAN, Plaintiff,<br>v.<br>ING USA ANNUITY AND LIFE<br>INSURANCE COMPANY, Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ING USA ANNUITY AND LIFE INSURANCE COMPANY

**FILED**

**JANUARY 9, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | |
| Thomas B. Keegan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Thomas B. Keegan | |
| FIRM | |
| KEEGAN, LATERZA, LOFGREN & GLEASON, L.L.C. | |
| STREET ADDRESS | |
| 566 West Adams Street, Suite 750 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6196077 | (312) 655-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

**JUDGE SHADUR**
**MAGISTRATE JUDGE DENLOW**

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that he caused a true and accurate copy of the foregoing, **ATTORNEY APPEARANCE FORM of THOMAS B. KEEGAN, on behalf of DEFENDANT ING USA ANNUITY AND LIFE INSURANCE COMPANY**, to be filed electronically using the Electronic Filing System of the United States District Court for the Northern District of Illinois, Eastern Division, this 9th day of January, 2008. Notice of this filing was sent to all counsel who are currently on the Court's Electronic Mail Notice List by operation of the Court's Electronic Filing System (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 9th day of January, 2008.

                                                         */s/ Thomas B. Keegan*