

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
    **CLERK**

January 10, 2008

(312)435-5691

David Michael Smolin
Brandwein & Smolin
20 South Clark Street
Suite 410
Chicago, IL 60603


RE:             Adelman -v- ING USA Annuity and Life Insurance Company
USDC Case No.   08 C 195 -  Judge Milton I. Shadur

Dear Counselor:

The records of this office indicate that on January 9, 2008, a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter. The notice lists the circuit court case number as 07 L 013776. The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is enclosed.


                        Sincerely yours,

                        Michael W. Dobbins, Clerk


                        By:    s/ Haydee Pawlowski
                               Deputy Clerk


Enclosure