**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Gerald Adelman

                                                    Plaintiff,

v.                                                                  Case No.: 1:08−cv−00195

                                                                   Honorable Milton I. Shadur

ING USA Annuity and Life Insurance Company

                                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

      MINUTE entry before Judge Milton I. Shadur :Enter Memorandum. Rule 11(c)(1)(B) empowers the court itself to address Rule 11 violations sua sponte, and it is only fair to warn Adelman and his counsel to be prepared to provide a persuasive response to the matters adduced by ING when the motion is presented. This is of course a caveat −− a fair warning −−and not an order.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.