# United States District Court
## Northern District of Illinois
### Eastern Division

Adelman                            **JUDGMENT IN A CIVIL CASE**

        v.                                     Case Number: 08 C 195

ING

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered dismissing this action with prejudice pursuant to Fed. R. Civ. P. 58.

                                                         Michael W. Dobbins, Clerk of Court

Date: 2/25/2008                             _____

                                                     /s/ Sandy Newland, Deputy Clerk